| United States District Court | CVB Location Code |
|---|---|
| Violation Notice | MD-92 |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4399168 | Kershaw | 1557 |

4399168

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC ☒ State Code |
|---|---|
| 5/2/14  0905 | TA 21-1124.2(a2) |

Place of Offense: NIH
South Dr & Memorial Dr

Offense Description: Factual Basis for Charge                HAZMAT □

Driver using hands to use a handheld cellphone while vehicle in motion

**DEFENDANT INFORMATION**

Last Name: Lee
First Name: Edward
Street Address: 7107 Fresno St [REDACTED]

Tag No: 3BH5117   State: MD   Year: 13   Make/Model: Honda/Accord   Color: Black

A □ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 83 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 108 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 01/2011)   Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:
□ my personal observation        □ my personal investigation
□ information supplied to me from my fellow officer's observation
□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
              Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
              Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident